UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB 22 AM 9:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**James Ronald MURPHY**  )<br>  )<br>Defendant.  )<br>  )<br>  )<br>_____) | Magistrate Case No. '08 MJ 0518<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Aliens Without Presentation |

The undersigned complainant being duly sworn states:

On or about **February 21, 2008**, within the Southern District of California, defendant **James Ronald MURPHY**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Maria De Jesus CHAVEZ-Duarte, Dalila VALENCIA-Villegas** and **Efrain SIERRA-Lua**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before and subscribed in my presence, this **22nd** day of **February, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Maria De Jesus CHAVEZ-Duarte, Dalila VALENCIA-Villegas** and **Efrain SIERRA-Lua** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 21, 2008 at approximately 3:00 AM, **James Ronald MURPHY (Defendant)** applied for entry into the United States from Mexico at the San Ysidro, California Port of Entry through vehicle primary lane 8. Defendant was the driver and sole visible occupant of a brown 2003 Chevrolet Trailblazer. During primary inspection before a Customs and Border Protection (CBP) Officer, Defendant claimed United States citizenship and presented his valid United States Passport. Defendant also gave a negative Customs declaration. During a cursory inspection of the vehicle, the CBP Officer discovered undocumented aliens concealed under a black cloth in the rear cargo area. The vehicle and its occupants were escorted to secondary for further inspection.

In secondary, three persons were removed from the rear cargo area of the vehicle. All three persons were determined to being citizens of Mexico without legal documents to enter or reside into the United States and are now identified as **Maria De Jesus CHAVEZ-Duarte, Dalila VALENCIA-Villegas** and **Efrain SIERRA-Lua**.

Defendant was advised of his Miranda rights and elected to make a statement and answer questions without a lawyer present. Defendant admitted he was attempting to smuggle the three undocumented aliens in exchange for $1000.00 USD. Defendant stated he made the smuggling arrangements with a male named "Marlboro" in Tijuana, Mexico. Defendant stated he was going to drop off the vehicle at the Seven Eleven off of highway 5 located on Coronado Avenue.

Material Witnesses were interviewed and admitted to being citizens of Mexico without legal documents to enter or reside in the United States. Material Witnesses stated they were going to California to seek employment and to reunite with family. Material Witnesses stated that unknown smuggling fees were to be paid upon their successful arrival to the United States.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

_____
UNITED STATES MAGISTRATE JUDGE