FILED

08 FEB 26 PM 3:04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>JAMES RONALD MURPHY,<br><br>                              Defendant. | CASE NO. 08MJ0518<br><br>ORDER OF CONDITIONS OF PRETRIAL RELEASE: BAIL (18 U.S.C. § 3142(c)) |

A hearing was held to determine pretrial conditions of the defendant pursuant to 18 U.S.C. § 3142 (c)). The Federal Judge determined an unconditional release pursuant to 18 U.S.C. § 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C. § 3142 (c)). Good cause appearing,

**IT IS ORDERED** that the defendant shall be released subject to the condition that the defendant (a) no commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below in accordance with 18 U.S.C. § 3142(c)(2):

**STANDARD CONDITIONS:**

1.     Restrict travel to the Southern and Central Districts of California, do not enter Mexico;

// //

// //

2. Report for supervision to Pretrial Service Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;

3. Not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;

4. Not possess any firearm, dangerous weapon or destructive device during the pendency of the case;

5. Read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;

6. Provide a current residence address and phone number prior to release and keep it current while case pending.

**ADDITIONAL CONDITIONS:**

1. Submit to treatment, and/or psychiatric or psychological counseling as specified by Pretrial Services, and such counseling is to be with a counselor who has experience in treating individuals charged with sex crimes.

2. Participate in a Global Positioning System (GPS) satellite monitoring program active, including, release of defendant to PSA custody; Remain at a specified residence (curfew) between the hours of 10:00 p.m. and 6:00 a.m. daily; Defendant to pay for costs of GPS.

3. Actively seek and maintain full-time employment

4. Execute a personal appearance bond in the amount of $150,000 secured by a trust deed to the United States including Nebbia Hearing and Surety Exam.

5. Pretrial Services to interview the defendant re: background prior to release.

6. No contact with children under the age of 18 unless accompanied and supervised by an adult who is aware of the charges and approved by Pretrial Services.

7. Report within eight (8) hours any unauthorized contact with any person under the age of 18.

8. Do not engage in any paid occupation or volunteer service that allow for direct or indirect exposure to children under the age of 18 unless approved in advance by Pretrial Services and the Court.

9. Defendant to participate in the Pretrial Services Computer Monitoring program. Defendant to bear the costs of the program.

10. The defendant cannot loiter in any place where children congregate (e.g. schools, parks, playgrounds, video arcades, swimming pools, etc.)

11. Defendant must register as a sex offender pursuant to the laws of the State of California.

12. Court imposes a 18:3142(d) hold until March 6, 2008. If no detainer is lodged by that date these conditions will take effect.

DATED: 2/26/08

Hon. William McCuring, Jr.
U.S. Magistrate Judge