**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 08mj518 |
| Plaintiff | |
| | ORDER |
| vs. | RELEASING MATERIAL WITNESS |
| James Ronald Murphy | |
| | Booking No. |
| Defendant(s) | |

**WILLIAM McCURINE, JR.**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria DeJesus Chavez-Duarte

DATED: 3/4/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082