PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff ) | CRIMINAL NO. | 08mj518 |
| ) | | ORDER |
| vs. ) | | |
| James Ronald Murphy ) | RELEASING MATERIAL WITNESS | |
| ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States District/Magistrate Judge, **WILLIAM McCURINE, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Dalila Valencia-Villegas

DATED: 3/4/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk