FILED

MAR 06 2008

DISTRICT C
CT OF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 0634-W |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| JAMES RONALD MURPHY, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 21, 2008, within the Southern District of California, defendant JAMES RONALD MURPHY, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria De Jesus Chavez-Duarte, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port

//
//
//
//
//

CJB:es:San Diego
2/25/08

```
 1  of entry; in violation of Title 8, United States Code,
 2  Section 1324(a)(2)(B)(iii) and Title 18, United States Code,
 3  Section 2.
 4       DATED: 3/6/08.
 5
                                KAREN P. HEWITT
 6                              United States Attorney
 7                              /s/ Carla J. Bressler
 8                              CARLA J. BRESSLER
                                Assistant U.S. Attorney
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

CJB:es:San Diego
2/25/08                                  2