**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619)232-8776
Fax: (619)232-5854
lawforvatos@yahoo.com
Attorney for Defendant **JAMES RONALD MURPHY**

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (HON. THOMAS J. WHELAN)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No. 08CR0634-TW |
| Plaintiff, ) | DATE: July 9, 2008 |
| ) | TIME: 9:00 a.m. |
| vs. ) | |
| ) | **MOTION FOR ORDER** |
| **JAMES RONALD MURPHY,** ) | **SHORTENING TIME** |
| Defendant. ) | |

JAMES RONALD MURPHY, Defendant, by and through his counsel, moves this court for an Order Shortening Time in his Motion for Downward Departures, filed on July 1, 2008 via the CM/ECF system herewith to eight (8) days, to be heard July 9, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, for the following reasons:

Extra time needed for difficulty in scanning documents into readable pdf. Format, and unusual press of business.

DATED: 7/1/08                Respectfully submitted,

                             s/ *VICTOR MANUEL TORRES*
                             **VICTOR MANUEL TORRES**
                             Attorney for Mr. MURPHY

1