FILED
JUL 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES RONALD MURPHY, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 08CR0634-TW <br><br> ORDER TO SHORTEN TIME |

Motion to Shorten Time having been made in the above-referenced matter, the Court being fully advised and good cause appearing therefore:

IT IS HEREBY ORDERED that the time for hearing the matter of Defendant's Motion for Downward Departure, which is ordered filed herewith, in the above-referenced matter be shortened to EIGHT (8) days, and that the matter be calendared for hearing on Monday, July 9, 2008, or as soon thereafter as counsel may be heard.

SO ORDERED.

DATE: 7/2/08

_____
Hon. THOMAS J. WHELAN
Judge, United States District Court